IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LESVILLE MATOS-BAUZO (2), <br><br> Defendant. | CRIMINAL NO. 15-612 (PAD) |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Lesville Matos-Bauzo (Docket No. 200), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Counts One, Four, and Fourteen of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 221). The Sentencing Hearing is set for January 9, 2017 at 9:30 a.m. The parties shall file their Sentencing Memoranda by December 23, 2016.

**SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of October, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge